JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 445 -- In re Air Crash Disaster at Mexico City Airport on October 31, 1979

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/10/15 | | ORDER TO SHOW CAUSE why actions should not be transferred pursuant to 28 U.S.C. §1407 to a single district. (Re: A-1 thru A-A-52) (emh) |
| 80/11/3 | | APPEARANCES: JAMES H. DAVIS, ESQ. for Genoveva Diaz and Gabriella Donnell, et al; STEVEN D. ARCHER, ESQ. FOR Barrios and Barrios; Rivera; Barrios, Barrios & Rios; Rios; Barrios, Barrios & Rivera; Caballera; Aguayo, etc.; Alamilla; DAN THOMAS OKI, ESQ. FOR Carmen Maleno-Huerta, et al.; MILES L. KAVALLER, ESQ. for Emil Francis Frates, Jr., et al.; L.B. Transport Services, Inc.; Luis L. Audelo, et al.; HERBERT ABRAMS, ESQ. FOR Angelina Legorreta, et al.; ELIZABETH KAUFMAN, ESQ. FOR Ana Rivero, et al.; CHARLES A. VENEMAN, ESQ. FOR Carmen Razo, et al; Teresa Razo de Martinez, et al.; Carmen Razo de Diaz, et al.; SHAGIN & MYMAN, ESQS. for Amalia Rosenblum, etc.; ABRAMSON & BIANCO, ESQS. FOR Plaintiffs Soria; JOHN McGUIRE, ESQ. for Joanne King; ROBERT S. WARREN, ESQ. FOR McDonnell Douglas Corp.; JACQUES SOIRET, ESQ. FOR Western Airlines, Inc. (cds) |
| 80/11/05 | | HEARING ORDER -- Setting order to show cause A-1 through A-52 for hearing. Hearing set for West Palm Beach, Fla. on Dec. 9, 1980. Notified counsel, clerks and judges. (rew) |
| 80/11/05 | | ORDER TO SHOW CAUSE AMENDMENT AND AMENDMENT TO HEARING ORDER -- to add A-53 Cook. Notified counsel, clerks and judges. (rew) |
| 80/11/10 | | NEW APPEARANCE: ROBERT L. LANDA, ESQ. FOR Luis L. Audelo, et al. (cds) |
| 80/11/12 | | AMENDED APPEARANCE: from Steven Archer to include Hernandez, et al. (emh) |
| 80/11/25 | 1 | RESPONSE/BRIEF -- Pltfs. in C.D. California actions -- (A-1 thru A-47 Plaintiffs) w/cert. of svc. (emh) |
| 80/12/05 | | WAIVER OF ORAL ARGUMENT -- [struck through] ALL PARTIES (cds) |
| 80/12/09 | 2 | LETTER - Interested Counsel for action recently filed in Central California - Duane J. Canaga, CV80-4771-WMB. (ds) |

JPML FORM 1A - Continuation                                    DOCKET ENTRIES -- p._____

DOCKET NO. ____ -- _____

| Date | Ref | Pleading Description |
|---|---|---|
| 81/01/07 | | CONSENT OF TRANSFEREE COURT -- assigning actions Judge Laughlin E. Waters. ~~Notified clerks, judges and counsel.~~ (ds) |
| 81/01/07 | | TRANSFER ORDER -- consolidating A-1 thru A-53 to the C.D. California before Judge Laughlin E. Waters. (ds) Notified clerks, judges and counsel. (ds) |
| 81/02/03 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-65 Moreno, etc. v. Western Airlines, Inc., et al., E.D. California, C.A. No. CIV-80-867-RAR. Notified involved counsel & judges (ds) |
| 81/02/19 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-65 Moreno, etc. v. Western Airlines, Inc., et al., E.D. Calif., C.A. No. CIVS-80-867-RAR NOTIFIED CLERKS AND JUDGES. (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 445 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash Disaster at Mexico City Airport on October 31, 1979

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 1/7/81 | TO | Unpublished | C.D. Cal. | Laughlin E. Waters | |

Special Transferee Information

DATE CLOSED: 11/7/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 445 -- In re Air Crash Disaster at Mexico City Airport on October 31, 1979           p.2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Genevieve Shrontz v. Western Airlines, et al. | C.Cal. Waters | CV79-4199- LEW-(Mx) | Do Not Count | | 12/15/80 D | Reopened 1/18/83 Closed 5/25/83 D |
| A-2 | Juana Caballera v. Western Airlines, Inc. | C.Cal. Waters | CV79-4492 LEW | | | 11/20/81 D | |
| A-3 | Lourdes Alamilla v. Western Airlines, Inc. | C.Cal. Waters | CV79-4493- LEW | | | 1/30/81 D | |
| A-4 | Carmen Maleno-Huerta, et al., etc. v. Western Airlines, et al. | C.Cal. Waters | CV79-4624- | | | 1/5/81 D | |
| A-5 | Mary Burt Frates, etc. v. Western Airlines, et al. | C.Cal. Waters | CV79-4653- LEW | | | 2/5/81 D | |
| A-6 | Luz Barrios, et al. v. Western Airlines | C.Cal. Waters | CV79-4656- LEW | | | 11/20/81 D | |
| A-7 | Luz Barrios, et al. v. Western Airlines | C.Cal. Waters | CV79-4657- LELW | | | 11/20/81 D | |
| A-8 | Gerardo Rivera, v. Western Airlines, Inc. | C.Cal. Waters | CV79-4658- LEW | | | 11/20/81 D | |
| A-9 | Petra Rios v. Western Airlines, Inc. | C.Cal. Waters | CV79-4659- LEW | | | 11/20/81 D | |
| A-10 | Luz Barrios, et al. v. Western Airlines, Inc. | C.Cal. Waters | CV79-4660- LEW | | | 11/20/81 D | |
| A-11 | Maricruz Vidales Valdovinos, et al. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV79-4838- LEW | | | 5/13/82 D | |
| A-12 | Salvador Benitez, et al. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV79-4840- LEW | | | 2/18/82 D | |
| A-13 | Delia M. De Duran v. Western Airlines, Inc., et al. | C.Cal. Waters | CV79-4841- LEW(Px) | | | 8/10/82 D | |
| | | | | | | 1/ D | |

DOCKET NO. 445 -- In re Air Crash Disaster at Mexico City Airport on October 31, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-14 | Ignacio Perez, et al. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV79-4842-LEW | | | 1/12/81 D | |
| A-15 | Jose Benigno Cruz Botello v. Western Airlines, Inc., et al. | C.Cal. Waters | CV79-4843-LEW | | | 5/3/82 D | |
| A-16 | Porfirio Juarez Maldonado, et al. v. Western Airlines, Inc. | C.Cal. Waters | CV79-4844 LEW | | | 1/22/81 D | |
| A-17 | Enrique Legarretta Rueda v. Western Airlines, Inc. | C.Cal. Waters | CV80-87-LEW | | | 5/6/81 D | |
| A-18 | Angelina Legorreta, et al., etc. v. Western Airlines, et al. | C.Cal. Waters | CV80-0254 LEW | | | | |
| A-19 | Virginia Nohemi De La Paz Espinosa De Los Monteros, etc. v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-270-LEW | | | 5/3/82 D | |
| A-20 | Elizabeth B. Crymes, etc. v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-271-LEW | | | 1/8/80 D | |
| A-21 | Pandora Drickersen Scott v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-272-LEW | | | 11/20/81 D | |
| A-22 | Alejandro Aguayo, et al., etc. v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-496-LEW | | | 11/20/81 D | |
| A-23 | Rosario Aguayo et al., etc. v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-497-LEW | | | 2/9/82 D | |
| A-24 | Ana Rivero, et al., etc. v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-647-LEW | | | 9/25/81 D | |
| A-25 | Antonio Maleno Huerta, et al., etc. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV80-655-LEW | ✓ | | 5/27/82 D | |
| A-26 | Maria Rosio Navarez Martinez v. Western Airlines, Inc., et al., etc. | C.Cal. Waters | CV80-699-LEW | | | 5/27/82 D | |
| A-27 | Maria Rosio Naverez Martinez, etc. v. Western Airlines, Inc., et al., etc. | C.Cal. Waters | CV80-700-LEW | | | | |

DOCKET NO. 445 -- In re Air Crash Disaster at Mexico City Airport on October 31, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-28 | Rafael Martinez, et al., etc. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV80-701-LEW | | | | |
| A-29 | Gabriella Donnell, et al. v. Western Airlines, et al. | C.Cal. Waters | CV80-846-LEW | | | 2/4/81 D | |
| A-30 | Leobarda Arroyo Valencia, et al., etc. v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-1098-LEW | | | 10/30/81 D | |
| A-31 | Juan Arauz Suarez, et al., etc. v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-1105-LEW | | | 3/3/82 D | |
| A-32 | Heleodoro Galeana, et al., etc v. Western Airlines, Inc., et al. | C.Cal. Waters | CV80-1248-LEW | | | 1/8/82 D | |
| A-33 | Narcisco Natera Castro, et al., etc. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV80-1249-LEW | | | 1/8/82 D | |
| A-34 | Cheng Wing-Tone, et al., etc. v. Western Airlines, Inc. et al. | C.Cal. Waters | CV80-1250-LEW(Kx) | | | 6/16/82 D | |
| A-35 | Carmen Razo de Diaz, et al., etc. v. Western Airline, Inc. | C.Cal. Waters | CV80-1802-LEW | | | 3/9/81 D | |
| A-36 | Teresa Razo de Martinez, et al., etc. v. Western Airlines, Inc. | C.Cal. Waters | CV80-1803-LEW | | | 3/9/81 D | |
| A-37 | Carmen Razo de Diaz, et al. v. Western Airlines, Inc. | C.Cal. Waters | CV80-1804-LEW | | | 3/9/81 D | |
| A-38 | Luis L. Audelo, et al. v. Western Airline, Inc., et al. | C.Cal. Waters | CV80-1841-LEW | | | 8/4/81 D | |
| A-39 | Allard J. Hoogland v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-2061-LEW | | | 5/3/82 D | |
| A-40 | Wayne J. King, et al., etc. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV80-2062-LEW(Mx) | | | 5/3/82 D | |
| A-41 | Amalia Rosenblum, etc. v. Western Airlines, Inc. | C.Cal. Waters | CV80-2559-LEW | | | 3/9/81 D | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-42 | Yvonne Barrios Hernandez, et al., etc. v. Western Airlines, Inc. | C.Cal. Waters | CV80-2613-LEW | | | 11/20/81 D | |
| A-43 | Alfonso Perez, et al. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV80-2823- | | | 1/8 D | |
| A-44 | Ignacia Mendez De Sanchez, et al. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV80-2868-LEW | | | 7/28/82 D | |
| A-45 | Maria Isidora Soria, etc. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV80-3297-LEW | | | 12/17/8 D | |
| A-46 | Patrick Lally v. Western Airlines Inc., et al. | C.Cal. Waters | CV80-4326-LEW | | | 3/31/81 D | |
| A-47 | Filberto Castellanos, et al. v. Western Airlines, Inc. | C.Cal. Waters | CV80-4327-LEW | | | 3/31/81 D | |
| A-48 | Jesus Huerta-Garcia, et al. v. Western Airlines, Inc. | E.D.Cal. Schwartz | CIV S-80-175 MLS | 1/7/81 | 81-139 | 8/31/81 D | |
| A-49 | Josefina Garcia-Huerta, et al., etc. v. Western Airlines, Inc. | E.D.Cal. Schwartz | CIV S-80-176 MLS | 1/7/81 | 81-140 | 8/31/81 D | |
| A-50 | Erlinda Huerta-Sanchez, et al., etc. v. Western Airlines, Inc. | E.D.Cal. Schwartz | CIV S-80-177 MLS | 1/7/81 | 81-141 | 8/31/81 D | |
| A-51 | Joseph A. Moreno, Sr., v. Western Airlines, Inc., et al. | E.D.Cal. Wilkins | CIV S-80-409 PCW | 1/7/81 | 81-142 | 3/31/81 D | |
| A-52 | Jo Ann King v. Western Airlines, Inc. | S.Cal Keep | 80-518-K | 1/7/81 | 81-143 | 9/01/81 D | |
| A-53 | Sallie Mae Cook v. Western Airlines | S.Cal Schwartz | 80-1719-S(I) | 1/7/81 | 81-144 | 9/30/81 D | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-54 | Pedro Tovar v. Western Airlines, Inc., et al. | Cal.,C. Waters | CV-80-4834-~~TJH~~ | | | Closed | |
| XYZ-55 | Rose Smith, et al. v. Western Airlines, Inc., et al. | Cal.,C. Waters | CV-80-4847-~~LEW~~ | | | 12/2/82 D | |
| XYZ-56 | Josefina Velez Huerta v. Western Airlines, Inc., et al. | Cal.,C. Waters | CV-80-4849-~~WMB~~ | | | 8/2/84 D | |
| XYZ-57 | Harry Whitten, etc., et al. v. Western Airlines, Inc., et al. | Cal.,C. Waters | CV-80-4863-~~CBM~~ | | | 1/13/81 D | |
| XYZ-58 | Anthony John Dzida, et al. v. Western Airlines, Inc., et al. | Cal.,C. Waters | CV-80-4864-~~TJH~~ | | | 11/5/84 D | |
| XYZ-59 | Gary Steve Haley, etc., et al. v. Western Airlines, Inc., et al. | Cal.,C. Waters | CV-80-4865-~~WMB~~ | | | | |
| XYZ-60 | Blanca Estela Paz Tovar, etc., et al. v. Western Airlines, Inc., et al. | Cal.,C. Waters | CV80-4866-~~WPG~~ | | | | |
| XYZ-61 | Antonio Maleno Covarrubias, et al. v. Western Airlines, Inc., et al. | Cal.,C. Waters | CV-80-4867-~~AWT~~ | | | 6/30/83 D | |
| XYZ-62 | Juan Cedillo Morales, et al. v. Western Airlines, Inc., et al. | Cal.,C. Waters | CV-80-4769-~~DWW~~ | | | 5/5/82 D | |
| XYZ-63 | Duane J. Canaga v. Western Air Lines, Inc., et al. | Cal.,C. Waters | CV80-4771-~~WMB~~ | | | 9/30/8 D | |
| XYZ-64 | Dale August Lipke, et al. v. Western Airlines, et al. | Cal.,C. Waters | CV80-4875-~~AWT~~ | | | 5/28/5 D | |

DOCKET NO. 445 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-65 | Joseph V. Moreno, etc. v. Western Airlines, Inc., et al. 2/3/81 | E.D.Calif. Ramirez | CIVS-80-867-RAR | | CV81-904 | 5/8/81D | |
| xyz-66 | Enrique Legarreta Rueda v. Western Airlines, Inc., et al. *duplicate listing such A-17* | S.D.Calif. | 80-0021-LTB (Mx) | | | 1/27/81D | |
| XYZ-67 | Ignacia Mendez de Sanchez v. Western Airlines, et al. | C.Calif. | 80-1106-LEW | | | 1/13/81D | |
| XYZ-68 | State Compensation Insurance Fund v. Western Airlines, et al. | C.Calif. | 80-3579-LEW | | | 7/9/81D | |
| XYZ-69 | Alessandro Annibali v. Western Airlines Inc., et al. | C.Calif. | 80-3529-LEW | | | 5/11/83D | |
| XYZ-70 | L. B. Transport Svc., Inc. v. Western Airlines, Inc. | C.Calif. | 80-2725-LEW | | | 7/5/81D | |

*July 1981 — 7 TR / 61 XYZ / 16 Dis / 52 Pdg*
*July 1982 — 53 dis / 15 pdg*
*July 1983 — 10 Dis / 1 Remand / 6 Pdg*
*July 1984 — 5 dis / 1 Pdg. (XYZ-58)*
*July 1985 — 1 Dis / Docket Closed*

1

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 445 -- IN RE AIR CRASH DISASTER AT MEXICO CITY AIRPORT, ON

OCTOBER 31, 1979

---

GABRIELLA DONNELL, ET AL. (A-29)
James H. Davis, Esq.
727 West Seventh Street
Suite 600
Los Angeles, California  90017

JUANA CABALLERA (A-2)
LOURDES ALAMILLA (A-3)
LUZ BARRIOS, ETC. (A-6)
LUZ BARRIOS, ETC. (A-7)
GERARDO RIVERA (A-8)
PETRA RIOS (A-9)
LUZ BARRIOS, ET AL. (A-10)
ALEJANDRAO AGUAYO, ET AL. (A-22)
ROSARIO AGUAYO, ET AL. (A-23)
YVONNE BARRIOS HERNANDEZ, ET AL. (A-42)

Steven D. Archer, Esq.
Belli & Choulos
6300 Wilshire Blvd. #9000
Los Angeles, California 90048

CARMEN MALENO-HUERTA, ET AL. (A-4)
Dan Thomas Oki, Esq.
100 North Citrus Avenue
Suite 320
West Covina, California  91791

EMIL FRANCIS FRATES, JR., ET AL. (A-5)

Miles Kavaller, Esq.
315 S. Beverl Drive
Suite 315
Beverly Hills, California  90212

MARICRUZ VIDALES VALDOVINOS,
  ET AL. (A-11)
SALVADOR BENITEZ, ET AL. (A-12)
DELIA M. DE DURAN (A-13)
IGNACIO PEREZ, ET AL. (A-14)
JOSE BENIGNO CRUZ BOTELLO (A-15)
PORFIRIO JUAREZ MALDONADO, ET AL.
  (A-16)
VIRGINIA NOHEMI DE LA PAZ ESPINOSA DE
  LOS MONTEROS (A-19)
ELIZABETH B. CRYMES, ETC. (A-20)
PANDORA DRICKERSON SCOTT (A-21)
SNTONIO MALENO HUERTA, ET AL. (A-25)
MARIA ROSIO NAVAREZ MARTINEZ (A-26)
MARIA ROSIO NAVAREZ MARTINEZ, ETC.
  (A-27)
RAFAEL MARTINEZ, ET AL. (A-28)
LEOBARDA ARROYO VALENCIA, ET AL. (A-30)
JUAN ARAUZ SUAREZ, ET AL. (A-31)
HELEODORO GALENA, ET AL. (A-32)
NARCISCO NATERA CASTRO (A-33)
CHENG WING-TONE, ET AL. (A-34)
ALLARD J. HOOGLAND (A-39)
WAYNE J. KING, ET AL. (A-40)
ALFONSO PEREZ, ET AL. (A-43)
IGNACIA MENDEZ DE SANCHEZ, ET AL. (A-44)
Harold V. Sullivan, II, Esquire
One Manchester Blvd.
Suite 500 - Inglewood City Hall
Inglewood, Calif.  90301

ENRIQUE LEGARRETA RUEDA (A-17)
Leon Mayer, Esq.
Mayer, Gerber & Donaldes
1125 W. 6th St.
Suite 301
Los Angeles, Calif.  90017

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 445 -- IN RE AIR CRASH DISASTER AT MEXICO CITY AIRPORT ON OCTOBER 1979

---

ANGELINA LEGORRETA, ET AL. (A-18)
Herbert Abrams, Esq.
1880 Century Park East
Suite 1400
Los Angeles, California 90067

ANA RIVERO, ET AL. (A-24)
Elizabeth Kaufman, Esq.
9003 Reseda Blvd.
Suite 103
Northridge, California 91324

CARMEN RAZO DE DIAZ, ET AL. (A-35)
TERESA RAZO DE MARTINEZ, ET AL. (A-36)
CARMEN RAZO DE DIAZ, ET AL. (A-37)
Charles A. Veneman, Esq.
290 North "D" Street
Suite 702
San Bernardino, California 92401

AMALIA ROSENBLUM, ETC. (A-41)
Shagin and Myman
9454 Wilshire Blvd.
Suite 305
Beverly Hills, California 90212

MARIA ISIDORA SORIA, ETC. (A-45)
Abramson & Bianco
44 Montgomery Street
Suite 985
San Francisco, California 94104

PATRICK LALLY (A-46)
FILBERTO CASTELLANOS, ET AL. (A-47)

Richard F. Gerry, Esq.
Casey, Gerry, Casey,
  Westbrook & Reed
110 Laurel Street
San Diego, California 92101

JOSFINA GARCIA-HUERTA, ET AL. (A-48)
ERLINDA HUERTA-SANCHEZ, ET AL. (A-49)
JESUS HUERTA-GARCIA, ET AL. (A-50)
JOSEPH A. MORENO, SR. (A-51)

Jerome Varanini, Esq.
Memering & DeMers
P.O. Box 590
Sacramento, California 95803

JOANN KING (A-52)
John F. McGuire, Esq.
Thorsnes, Bartolotta & McGuire
1200 Third Avenue
Suite 1416
San Diego, California 92101

McDONNELL DOUGLAS CORPORATION
Robert S. Warren, Esq.
Gibson, Dunn & Crutcher
515 South Flower Street
Los Angeles, California 90071

WESTERN AIRLINES, INC.
Jacques E. Soiret, Esq.
Kirtland & Packard
626 Wilshire Boulevard
Los Angeles, California 90017

SALLIE MAE COOK (A-53)
Ross C. Provence, Esq.
Provence, Provence & Uber
1279 W. Main St., Ste. 102
El Cajon, CA 92020

LUIS L. AUDELO, ET AL. (A-38)
Robert L. Landa, Esq.
Gelber and Landa
830 North Wilcox Avenue
Suite 110
Montelbello, California 90640

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 445 -- IN RE AIR CRASH DISASTER AT MEXICO CITY AIRPORT ON OCTOBER 1979

---

ANGELINA LEGORRETA, ET AL. (A-18)
Herbert Abrams, Esq.
1880 Century Park East
Suite 1400
Los Angeles, California 90067

ANA RIVERO, ET AL. (A-24)
Elizabeth Kaufman, Esq.
9003 Reseda Blvd.
Suite 103
Northridge, California 91324

CARMEN RAZO DE DIAZ, ET AL. (A-35)
TERESA RAZO DE MARTINEZ, ET AL. (A-36)
CARMEN RAZO DE DIAZ, ET AL. (A-37)
Charles A. Veneman, Esq.
290 North "D" Street
Suite 702
San Bernardino, California 92401

AMALIA ROSENBLUM, ETC. (A-41)
Shagin and Myman
9454 Wilshire Blvd.
Suite 305
Beverly Hills, California 90212

MARIA ISIDORA SORIA, ETC. (A-45)
Abramson & Bianco
44 Montgomery Street
Suite 985
San Francisco, California 94104

PATRICK LALLY (A-46)
FILBERTO CASTELLANOS, ET AL. (A-47)

Richard F. Gerry, Esq.
Casey, Gerry, Casey,
  Westbrook & Reed
110 Laurel Street
San Diego, California 92101

JOSFINA GARCIA-HUERTA, ET AL. (A-48)
ERLINDA HUERTA-SANCHEZ, ET AL. (A-49)
JESUS HUERTA-GARCIA, ET AL. (A-50)
JOSEPH A. MORENO, SR. (A-51)

Jerome Varanini, Esq.
Memering & DeMers
P.O. Box 590
Sacramento, California 95803

JOANN KING (A-52)
John F. McGuire, Esq.
Thorsnes, Bartolotta & McGuire
1200 Third Avenue
Suite 1416
San Diego, California 92101

McDONNELL DOUGLAS CORPORATION
Robert S. Warren, Esq.
Gibson, Dunn & Crutcher
515 South Flower Street
Los Angeles, California 90071

WESTERN AIRLINES, INC.
Jacques E. Soiret, Esq.
Kirtland & Packard
626 Wilshire Boulevard
Los Angeles, California 90017

SALLIE MAE COOK (A-53)
Ross C. Provence, Esq.
Provence, Provence & Uber
1279 W. Main St., Ste. 102
El Cajon, CA 92020

LUIS L. AUDELO, ET AL. (A-38)
Robert L. Landa, Esq.
Gelber and Landa
830 North Wilcox Avenue
Suite 110
Montelbello, California 90640

JPML FORM 2A -- Continuation

Counsel of Record -- p. 3

DOCKET NO. 445 -- In re Air Crash Disaster at Mexico City Airport on October 31, 1979

| | |
|---|---|
| SOVERIGN STATE OF MEXICO (No. App. rec'd)<br>Mexico City<br>Mexico<br><br>BENITO JUAREZ AIRPORT AUTHORITY<br>  D.F. (No Appearance received)<br>c/o Benito Juarez Airport<br>Mexico City, Mexico<br><br>ESTATE OF CHARLES GILBERT WINDER (No App.<br>c/o Western Airlines, Inc.    received)<br>Benito Juarez Airport<br>Mexico City, Mexico<br><br>ROBERTO VALESOUREZ (No Appearance rec'd)<br>c/o Western Airlines, Inc.<br>Benito Juarez Airport<br>Mexico City, Mexico<br><br>ING. FELIPE RAMIREZ VOYA<br>  AND ASSOC. (No Appearance rec'd)<br>c/o Western Airlines, Inc.<br>Benito Juarez Airport<br>Mexico City, Mexico<br><br>LOUIS PASQUEL (No appearance rec'd)<br>c/o Western Airlines, Inc.<br>Benito Juarez Airport<br>Mexico City, Mexico<br><br>JESSE DALTON (No Appearance rec'd)<br>c/o Western Airlines, Inc.<br>Benito Juarez Airport<br>Mexico City, Mexico<br><br>JOSEPH V. MORENO<br>(Unable to determine counsel<br>  or address) | JOSEPH V. MORENO, ETC. (B-65)<br>Rex-Ann S. Gualco, Esquire<br>Freidberg & Mart<br>855 Howe Avenue<br>Sacramento, California  95825<br><br>SUNDSTRAND DATA CONTROL, INC.<br>(Deft. B-54)<br>4751 Harrison Avenue<br>Rockford, Illinois  61101<br><br>THE BENDIX CORP. (Deft. B-54)<br>2100 North West 62nd Street<br>P.O. Box 9414<br>Ft. Lauderdale, Florida<br><br>SPERRY FLIGHT SYSTEMS DIVISION<br>FLIGHT SYSTEMS DIVISION<br>ROCKWELL INTERNATIONAL, INC.<br>COLLINS AIR TRANSPORT DIVISION<br>LEAR-SIEGLER, INC.<br>Unable to locate counsel or<br>address for above-named defendants<br>in B-54 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

| | |
|---|---|
| PEDRO TOVAR (XYZ-54<br>Fred M. Cohen, Esquire<br>11401 Valley Blvd.,<br>Ste. 200<br>El Monte, CA 91731<br><br>ROSE SMITH, ET AL. (XYZ- 55<br>Joel Kelman, Esquire<br>6290 W. Sunset Blvd., Suite 1523<br>Los Angeles, CA 90028<br><br>JOSEFINA VELEZ HUERTA (XYZ-56<br>Jack B. Silver, Esquire<br>433 N. Camden Drive<br>Penthouse Suite<br>Beverly Hills, CA 90210<br><br>HARRY WHITTEN, ETC. (XYZ-57<br>ANTHONY JOHN DZIDA, ETC. (XYZ- 58<br>GARY STEVE HALEY, ETC. (XYZ- 59<br>BLANCA ESTELA PAZ TOVAR, ETC. (XYZ-60<br>Counsel previously listed<br>HAROLD V. Sullivan, Esquire<br><br>ANTONIO MALENO COVARRUBIAS (XYZ- 61<br>Jones & Barnett,<br>12749 Norwalk Blvd.<br>Ste. 100<br>Norwalk, CA 90650<br><br>JUAN CEDILLO MORALES, ET AL. (XYZ-62<br>Gerald C. Sterns, Esquire<br>490 Pacific Avenue<br>San Francisco, CA 94133<br><br>DALE AUGUST LIPKE, ET AL. (XYZ- 64<br>John W. Nelson, Esq.<br>400 Oceangate Ste. 1310<br>Long Beach, CA 90802<br><br>Soriano & Soriano<br>207 E. Edgar St.<br>Seattle, Wash. 98102 | DUANE J. CANAGA (XYZ- 63<br>Charles R. Spatola, Jr., Esq.<br>Freeman, Rishwain, Hall & Spatola<br>45 Huntier Square Plaza<br>Stockton, CA 95202 |

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 445 -- In re Air Crash Disaster at Mexico City Airport on 10/31/79

| Name of Party | Named as Party in Following Actions |
|---|---|
| Western Airlines | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, B-54 |
| McDonnell Douglas Corp. | 1, 4, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 38, 39, 40, 41, 43, 44, B-54 |
| Sovereign State of Mexico | 1, 4, 18, 29, 38, |
| Benito Juarez Airport Authority, Mexico D.F. | 1, 4, 18, 29, 38, |
| Estate of Charles Gilbert Winder *Pilot/Emp Western* | 11, 12, 13, 14, 15, 16, 19, 20, 21, 25, 26, 27, 28, 30, 31, 32, 33, 34, 39, 40, 41, 43, 44, B-54 |
| Roberto Valesourez *Insurance Partnership* | 44 |
| Ing. Felipe Ramirez Voya and Assoc. *Ins Partnership* | 44 |
| Luis Pasquel *[illegible] Vice Pres. Western Airl.* | 44 |
| Jesse Dalton *Ins. Partnership* | 44 |
| Joseph V. Moreno by Dianne Perry | 51 |

p. _____

| | |
|---|---|
| Sperry Flight Systems Div. | B-54 |
| Sunstrand Data Control, Inc. | B-54 |
| Bendix Corp. | B-54 |
| Flight Systems Div. | B-54 |
| Rockwell International, Inc. | B-54 |
| Collins Air Transport Div. | B-54 |
| Lear-Siegler, Inc. | B-54 |
| | |
| | |
| | |
| | |