JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT 15 1980

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 445

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER AT MEXICO CITY AIRPORT ON OCTOBER 31, 1979

10/15/80

ORDER TO SHOW CAUSE

You and each of you are hereby ORDERED to show cause why the actions listed on the attached Schedule A should not be transferred pursuant to 28 U.S.C. §1407 to a single district for coordinated or consolidated pretrial proceedings.

Responses to this order shall conform with the requirements of Rule 8, of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 78 F.R.D. 561, 566-67 (1978)

You are further notified that the issuing of this order by the Panel does not affect or suspend orders and discovery proceedings in the district courts in which said multidistrict litigation is pending. RPJPML (Rule 16).

FOR THE PANEL:

Andrew A. Caffrey
Chairman

MDL-445 Schedule of Cases p. 1

| | | | |
|---|---|---|---|
| A-1 | Genoevea Diaz v. Western Airlines, et al. | C.Cal. Waters | CV79-4199-LEW-(Mx) |
| A-2 | Juana Caballera v. Western Airlines, Inc. | C.Cal. Waters | CV79-4492 LEW |
| A-3 | Lourdes Alamilla v. Western Airlines, Inc. | C.Cal. Waters | CV79-4493-LEW |
| A-4 | Carmen Maleno-Huerta, et al., etc. v. Western Airlines, et al. | C.Cal. Waters | CV79-4624- |
| A-5 | Mary Burt Frates, etc. v. Western Airlines, et al. | C.Cal. Waters | CV79-4653-LEW |
| A-6 | Luz Barrios, et al. v. Western Airlines | C.Cal. Waters | CV79-4656-LEW |
| A-7 | Luz Barrios, et al. v. Western Airlines | C.Cal. Waters | CV79-4657-LELW |
| A-8 | Gerardo Rivera, v. Western Airlines, Inc. | C.Cal. Waters | CV79-4658-LEW |
| A-9 | Petra Rios v. Western Airlines, Inc. | C.Cal. Waters | CV79-4659-LEW |
| A-10 | Luz Barrios, et al. v. Western Airlines, Inc. | C.Cal. Waters | CV79-4660-LEW |
| A-11 | Maricruz Vidales Valdovinos, et al. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV79-4838-LEW |
| A-12 | Salvador Benitez, et al. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV79-4840-LEW |
| A-13 | Delia M. De Duran v. Western Airlines, Inc., et al. | C.Cal. Waters | CV79-4841-LEW(Px) |
| A-14 | Ignacio Perez, et al. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV79-4842-LEW |
| A-15 | Jose Benigno Cruz Botello v. Western Airlines, Inc., et al. | C.Cal. Waters | CV79-4843-LEW |
| A-16 | Porfirio Juarez Maldonado, et al. v. Western Airlines, Inc. | C.Cal. Waters | CV79-4844 LEW |
| A-17 | Enrique Legarretta Rueda v. Western Airlines, Inc. | C.Cal. Waters | CV80-87-LEW |
| A-18 | Angelina Legorreta, et al., etc. v. Western Airlines, et al. | C.Cal. Waters | CV80-0254 LEW |

| | | | |
|---|---|---|---|
| A-19 | Virginia Nohemi De La Paz Espinosa De Los Monteros, etc. v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-270-LEW |
| A-20 | Elizabeth B. Crymes, etc. v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-271-LEW |
| A-21 | Pandora Drickersen Scott v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-272-LEW |
| A-22 | Alejandro Aguayo, et al., etc. v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-496-LEW |
| A-23 | Rosario Aguayo et al., etc. v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-497-LEW |
| A-24 | Ana Rivero, et al., etc. v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-647-LEW |
| A-25 | Antonio Maleno Huerta, et al., etc. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV80-655-LEW |
| A-26 | Maria Rosio Navarez Martinez v. Western Airlines, Inc., et al., etc. | C.Cal. Waters | CV80-699-LEW |
| A-27 | Maria Rosio Naverez Martinez, etc. v. Western Airlines, Inc., et al., etc. | C.Cal. Waters | CV80-700-LEW |
| A-28 | Rafael Martinez, et al., etc. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV80-701-LEW |
| A-29 | Gabriella Donnell, et al. v. Western Airlines, et al. | C.Cal. Waters | CV80-846-LEW |
| A-30 | Leobarda Arroyo Valencia, et al., etc. v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-1098-LEW |
| A-31 | Juan Arauz Suarez, et al., etc. v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-1105-LEW |
| A-32 | Heleodoro Galeana, et al., etc v. Western Airlines, Inc., et al. | C.Cal. Waters | CV80-1248-LEW |
| A-33 | Narcisco Natera Castro, et al., etc. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV80-1249-LEW |
| A-34 | Cheng Wing-Tone, et al., etc. v. Western Airlines, Inc. et al. | C.Cal. Waters | CV80-1250-LEW(Kx) |
| A-35 | Carmen Razo de Diaz, et al., etc. v. Western Airline, Inc. | C.Cal. Waters | CV80-1802-LEW |
| A-36 | Teresa Razo de Martinez, et al., etc. v. Western Airlines, Inc. | C.Cal. Waters | CV80-1803-LEW |

| | | | |
|---|---|---|---|
| A-37 | Carmen Razo de Diaz, et al. v. Western Airlines, Inc. | C.Cal. Waters | CV80-1804-LEW |
| A-38 | Luis L. Audelo, et al. v. Western Airline, Inc., et al. | C.Cal. Waters | CV80-1841-LEW |
| A-39 | Allard J. Hoogland v. Western Airlines, Inc., etc. | C.Cal. Waters | CV80-2061-LEW |
| A-40 | Wayne J. King, et al., etc. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV80-2062-LEW(Mx) |
| A-41 | Amalia Rosenblum, etc. v. Western Airlines, Inc. | C.Cal. Waters | CV80-2559-LEW |
| A-42 | Yvonne Barrios Hernandez, et al., etc. v. Western Airlines, Inc. | C.Cal. Waters | CV80-2613-LEW |
| A-43 | Alfonso Perez, et al. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV80-2823- |
| A-44 | Ignacia Mendez De Sanchez, et al. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV80-2868-LEW |
| A-45 | Maria Isidora Soria, etc. v. Western Airlines, Inc., et al. | C.Cal. Waters | CV80-3297-LEW |
| A-46 | Patrick Lally v. Western Airlines Inc., et al. | C.Cal. Waters | CV80-4326-LEW |
| A-47 | Filberto Castellanos, et al. v. Western Airlines, Inc. | C.Cal. Waters | CV80-4327-LEW |
| A-48 | Jesus Huerta-Garcia, et al. v. Western Airlines, Inc. | E.D.Cal. Schwartz | CIV S-80-175 MLS |
| A-49 | Josefina Garcia-Huerta, et al., etc. v. Western Airlines, Inc. | E.D.Cal. Schwartz | CIV S-80-176 MLS |
| A-50 | Erlinda Huerta-Sanchez, et al., etc. v. Western Airlines, Inc. | E.D.Cal. Schwartz | CIV S-80-177 MLS |
| A-51 | Joseph A. Moreno, Sr., v. Western Airlines, Inc., et al. | E.D.Cal. Wilkins | CIV S-80-409 PCW |
| A-52 | Jo Ann King v. Western Airlines, Inc. | S.Cal Keep | 80-518-K |