DOCKET NO. 445

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JAN 7 1981

CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER AT MEXICO CITY AIRPORT ON OCTOBER 31, 1979

TRANSFER ORDER

    This matter is before the Panel pursuant to an order to show cause, entered pursuant to 28 U.S.C. §1407(c)(i) and Rule 8, R.P.J.P.M.L., 78 F.R.D. 561, 566-67 (1978), why the actions listed on the attached Schedule A should not be transferred to a single district for coordinated or consolidated pretrial proceedings. All parties to the actions listed on the attached Schedule A agree on the desirability of or do not oppose transferring, pursuant to 28 U.S.C. §1407, the actions pending in districts other than the Central District of California to that district for coordinated or consolidated pretrial proceedings with the actions pending there. The Panel has found, upon consideration of the papers submitted,[1/] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Central District of California be, and the same hereby are, transferred to that district and, with the consent of that court, assigned to the Honorable Laughlin E. Waters for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*

Andrew A. Caffrey
Chairman

---

1/    All parties waived oral argument and therefore this matter was submitted for decision on the basis of the papers filed. See Rule 14, R.P.J.P.M.L., 78 F.R.D. 561, 572 (1978).